**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 23-7011**

_____

ASKARI DANSO MS LUMUMBA,

Plaintiff - Appellant,

v.

CHADWICK DOTSON; JOSEPH W. WALTERS; DAVID ANDERSON; BARRY
KANODE; D. HAYNES; J. SPANGLER; STURDIVANT; JOHN DOE, K-9 Officer
River North,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Western District of Virginia, at
Roanoke.  Michael F. Urbanski, Chief District Judge.  (7:22-cv-00396-MFU-JCH)

_____

Submitted:  May 30, 2024                                    Decided:  June 3, 2024

_____

Before GREGORY and HARRIS, Circuit Judges, and MOTZ, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Askari Danso MS Lumumba, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

2

PER CURIAM:

Askari Danso MS Lumumba appeals the district court's order dismissing his 42 U.S.C. § 1983 civil action under Fed. R. Civ. P. 12(b)(6) and 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief could be granted. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Lumumba v. Dotson*, No. 7:22-cv-00396-MFU-JCH (W.D. Va. Sept. 14, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2